```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TYRON SOMBERGER                :        CIVIL ACTION

       vs.                      :

JAY LANE, et al.               :        NO. 15-CV-4978

<u>ORDER</u>

AND NOW, this    9th    day of January, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and the Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. Petitioner's requests for the appointment of counsel and for an evidentiary hearing are DENIED.

4. There has been <u>no</u> substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

                                      BY THE COURT:

                                      <u>s/J. Curtis Joyner</u>
                                      J. CURTIS JOYNER, J.